MICHAEL J. GANNON et al., Appellants, *v.* ROYAL PROPERTIES, INC., et al., Defendants, and R. & G. SERVICE GARAGE, INC., Respondent.

EUGENE ERK, Appellant, *v.* ROYAL PROPERTIES, INC., et al., Defendants, and R. & G. SERVICE GARAGE, INC., Respondent.

Argued October 4, 1955; decided October 20, 1955.

*Paxton Blair, Edward M. Edenbaum* and *Harry H. Lipsig* for appellants.

*James A. Doherty* and *James A. Doherty, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.